UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **DYNAMIC MARKETING I, INC.** *Plaintiff* | : | |
| Vs. | : | **C.A. No. 07-152S** |
| **HEALTH EXPRESS FOOD, INC.** *Defendant* | : | |

## AFFIDAVIT CERTIFYING TO SERVICE PURSUANT TO RULE 4

I, Raymond A. Marcaccio, under oath depose and state as follows:

1. I am counsel of record to Plaintiff in the above-captioned matter and filed a complaint in the United States District Court for the District of Rhode Island on May 2, 2007.

2. On May 2, 2007 I caused a copy of the summons and complaint to be mailed, via certified mail, return receipt requested to Jack Galardi, registered agent for Health Express Food, Inc., 713 E. Ogden, Suite B, Las Vegas, NV 89101.

3. Said summons and complaint was acknowledged to have been delivered to Jack Galardi on May 7, 2007, as evidenced by the green card attached and made a part hereof.

4. Said service was effectuated in accordance with Rule 4 of the Federal Rules of Civil Procedure.

Raymond A. Marcaccio, Esquire (#3569)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax
ram@om-rilaw.com

Subscribed and sworn to before me this 18th day of May, 2007.

Notary Public
My commission expires: 9/27/08

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

DYNAMIC MARKETING I, INC.

V.

HEALTH EXPRESS FOOD, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 07 - 152 S

TO: (Name and address of Defendant)

Health Express Food, Inc.
Jack Gagardi, Agent for Service
713 E. Ogden, Suite B
Las Vegas, NV 89101

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Raymond A. Marcaccio
Oliverio & Marcaccio LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within twenty days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 5/2/07

(By) DEPUTY CLERK

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jack Galardi
Health Express Food
713 E. Ogden, Suite B
Las Vegas, NV
89101

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) GMELITA SY

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from s*
7006 0100 0001 2927 3936

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES POSTAL SERVICE NV 890

07 MAY 2007 PM 1 1

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

*Oliverio & Marcaccio, LLP*
*55 Dorrance Street, Suite 400*
*Providence, RI 02903*

221