Raymond A. Marcaccio
Oliverio & Marcaccio LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

(401) 861-2900

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **DYNAMIC MARKETING I, INC.**<br>**Plaintiff,**<br>vs<br>**HEALTH EXPRESS FOOD, INC.**<br>**Defendant.** | **CASE NO.: CA 07 152S**<br>**AFFIDAVIT OF SERVICE**<br>**RE: HEALTH EXPRESS FOOD, INC.** |

**I, JOHN WILKS, HEREBY DECLARE THAT I am an independent contractor of RANCHO ATTORNEY SERVICE OF CALIFORNIA,** Licensed to serve process as #1092 Clark County, Nevada, and not a party to the above entitled action.

1. I received the SUMMONS and COMPLAINT for service on the defendant, **HEALTH EXPRESS FOOD, INC.** by serving JACK GALARDI, President at a given business address of 713 E. Ogden, Suite B, Las Vegas, NV 89101.

2. I attempted to serve the documents on May 4, 2007 at approximately 5:10PM and the office was closed for the weekend..

3.. On May 7th, 2007 at 11:40AM, I attempted to serve Jack Galardi, as agent for service of the defendant HEALTH EXPRESS FOOD, INC. and I was told that he was not in.

4. On May 7th, 2007 at 11:40AM, I served Emalita Sy, who identified herself to me as the Person Designated to Receive Service of Process for defendant **HEALTH EXPRESS FOOD, INC.**.

5. Emalita Sy is described as a Caucasian female, approximately 50 years old, 5'4", 100 pounds with black hair.

Dated: May 22, 2007

JOHN WILKS #1092 CLARK COUNTY

State of NEVADA )
County of CLARK ) SS:

Subscribed and sworn to (or affirmed) before me on this 22 day of MAY, 2007 by JOHN WILKS, personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me.

My commission expires 8-23-2010

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
NATALIE FLIPPIN
No: 06-108630-1
My Appointment Expires Aug. 23, 2010

(56504)