**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DYNAMIC MARKETING I, INC.**<br>***Plaintiff*** | : | |
| **Vs.** | : | **C.A. No. 07-152S** |
| **HEALTH EXPRESS FOOD, INC.**<br>***Defendant*** | : | |

**AFFIDAVIT**

Now comes the undersigned and on oath deposes and says as follows:

1. That I am the attorney of record for the Plaintiff and have personal knowledge of the facts set forth in this affidavit.

2. That the Plaintiff on or about May 2, 2007, filed in this action a complaint against Defendant Health Express Food, Inc.

3. That Defendant Health Express Food, Inc. was duly served with a copy of the summons together with a copy of Plaintiff's complaint on May 7, 2007.

4. That more than twenty (20) days have elapsed since service of the summons and complaint.

5. That Defendant Health Express Food, Inc. has failed to plead or otherwise defend as to the Plaintiff's complaint.

6. That this affidavit is executed by the affiant herein in accordance with Rule 55 of the Federal Rules of Civil Procedure for the purpose of enabling the Plaintiff to obtain an entry of default against Defendant Health Express Food, Inc. for failure to plead or otherwise defend as to the Plaintiff's complaint.

Raymond A. Marcaccio, Esq. #3569

Subscribed and sworn to before me this 30th day of May, 2007.

Nadine P. Hendrickson
Notary Public

My commissions expires: 9/27/08

# CERTIFICATION

I hereby certify that a true copy of the foregoing *Affidavit* was mailed by both regular mail, postage prepaid and by certified mail, return receipt requested to the Defendant at the following address on this 30th day of May 2007, which address is, to the best of my knowledge, the last known address of the Defendant.

Health Express Food, Inc.
Jack Galardi, Agent for Service
713 East Ogden, Suite B
Las Vegas, NV 89101

______________________________