**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DYNAMIC MARKETING I, INC.** *Plaintiff* | : | |
| **Vs.** | : | **C.A. No. 07-152S** |
| **HEALTH EXPRESS FOOD, INC.** *Defendant* | : | |

**AFFIDAVIT OF NON-MILITARY SERVICE**

The undersigned, as attorney for Plaintiff, Dynamic Marketing I, Inc., being duly sworn, upon oath deposes and states that since Defendant, Health Express Food, Inc. is a corporation, the party was not at the time of this commencement of this action, nor is now in the Military Service of the United States as defined in Article 1 of the "Soldiers and Sailors Civil Relief Act of 1940" as amended.

Raymond A. Marcaccio, Esq. #3569

Sworn and subscribed to before me at this 30th day of May, 2007.

Nadine P. Hendrickson
Notary Public

My commission expires: 9/27/08

## CERTIFICATION

I hereby certify that a true copy of the foregoing *Affidavit of Non-Military Service*, ailed by both regular mail, postage prepaid and by certified mail, return receipt sted to the Defendant at the following address on this 30th day of May 2007, which ss is, to the best of my knowledge, the last known address of the Defendant.

th Express Food, Inc.
Galardi, Agent for Service
East Ogden, Suite B
Vegas, NV 89101