**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DYNAMIC MARKETING I, INC.** | : | |
| ***Plaintiff*** | : | |
| | : | |
| **Vs.** | : | **C.A. No. 07-152S** |
| | : | |
| **HEALTH EXPRESS FOOD, INC.** | : | |
| ***Defendant*** | : | |

**APPLICATION TO CLERK FOR ENTRY OF DEFAULT**

Now comes Plaintiff, Dynamic Marketing I, Inc., pursuant to Rule 55 of the Federal Rules of Civil Procedure, and hereby makes application to the Clerk of the Court for the entry of default against Defendant, Health Express Food, Inc., due to the failure of said Defendant to plead or otherwise defend the within action. Said failure of the Defendant to plead or otherwise defend is set forth in the affidavit attached to this application.

Plaintiff,
DYNAMIC MARKETING I, INC.
By its Attorney,

/s/ Raymond A. Marcaccio

Raymond A. Marcaccio, Esquire (#3569)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax
ram@om-rilaw.com

Dated: May 30, 2007

**CERTIFICATION**

I hereby certify that a true copy of the foregoing *Application to Clerk for Entry of Default* was mailed by both regular mail, postage prepaid and by certified mail, return receipt requested to the Defendant at the following address on this 30th day of May 2007, which address is, to the best of my knowledge, the last known address of the Defendant.

Health Express Food, Inc.
Jack Galardi, Agent for Service
713 East Ogden, Suite B
Las Vegas, NV 89101

/s/ Raymond A. Marcaccio

DEFAULT HEREBY ENTERED:
Wendy Seile
DEPUTY CLERK