**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DYNAMIC MARKETING I, INC.** | : | |
| ***Plaintiff*** | : | |
| | : | |
| **Vs.** | : | **C.A. No. 07-152S** |
| | : | |
| **HEALTH EXPRESS FOOD, INC.** | : | |
| ***Defendant*** | : | |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT**

Plaintiff, Dynamic Marketing I, Inc. ("Dynamic Marketing"), through its undersigned attorney hereby requests an entry of default judgment against Defendant Health Express Food, Inc. pursuant to Fed. R. Civ. P. 55(b)(1), on the grounds that the Defendant has failed to plead or otherwise defend. Furthermore, Plaintiff requests a judgment for a sum certain as further described in the Affidavit of Cani Shuman with attached Exhibit A.

Plaintiff,
DYNAMIC MARKETING I, INC.
By its Attorney,

/s/ Raymond A. Marcaccio

Raymond A. Marcaccio, Esquire (#3569)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax
ram@om-rilaw.com

Dated: June 8, 2007

**CERTIFICATION**

I hereby certify that a true copy of the foregoing *Motion for Entry of Default Judgment* was mailed by both regular mail, postage prepaid and by certified mail, return receipt requested to the Defendant at the following address on this 7th day of June 2007, which address is, to the best of my knowledge, the last known address of the Defendant.

Health Express Food, Inc.
Jack Galardi, Agent for Service
713 East Ogden, Suite B
Las Vegas, NV 89101

/s/ Raymond A. Marcaccio