UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **DYNAMIC MARKETING I, INC.**<br>***Plaintiff*** | : | |
| **Vs.** | : | **C.A. No. 07-152S** |
| **HEALTH EXPRESS FOOD, INC.**<br>***Defendant*** | : | |

**AFFIDAVIT OF CANI SHUMAN**

I, Cani Shuman, in my capacity as Chief Financial Officer of Dynamic Marketing I, Inc. (hereinafter "Dynamic Marketing"), being under oath, hereby depose and state as follows:

1. I am presently the Chief Financial Officer of Dynamic Marketing. The following statements are based upon my personal knowledge and pertinent business records of Dynamic Marketing.

2. On or about May 23, 2005, Defendant, Health Express, executed a Promissory Note with Plaintiff, Dynamic Marketing, whereby Health Express promised to pay to the order of Dynamic Marketing the principal amount of $330,992.67, with interest thereon as specified in said agreement. A true and exact copy of said Promissory Note was attached to Plaintiff's Complaint as Exhibit 1.

3. Under the terms of the Promissory Note, Health Express agreed to pay principal and interest in 23 monthly installments of $15,000 on or before the 15th day of each month, commencing on or before June 15, 2005. Health Express further agreed to pay a 24th payment of the full remaining principal owed under the Note, together with all accumulated but unpaid interest due thereon, plus all accumulated costs, fees and expenses due in accordance with the terms of the Note, on or before June 15, 2007 ("Maturity Date").

4. Interest under the terms of the Note accrued on the outstanding balance at a rate of 8% per year.

5. For any month that Health Express failed to make its payment within 10 days after the due date, Health Express became obligated to pay an amount equal to 5% of the late payment to Dynamic Marketing, in addition to all other monies Health Express had agreed to pay.

6. Under the terms of the Note, an event of default constitutes any failure by Health Express to make its monthly payment of principal and interest within five days after such payment is due. Upon an event of default, the entire amount owed under the Note becomes immediately due and payable and accrues interest on said amount at the rate of 14% per year. The acceleration of payments is in addition to any other rights and remedies available to Dynamic Marketing. Health Express further agreed to pay all costs and expenses for the collection on said default payments, including but not limited to court costs and reasonable attorneys' fees.

7. On or about May 23, 2005, Health Express also executed a Security Agreement whereby Health Express granted Dynamic Marketing a security interest in all of its presently owned and hereafter acquired assets and personal property, including all fixtures and all tangible and intangible personal property, including all equipment, inventory, goods, accounts receivable, in order to secure payment of any debts owed to Dynamic Marketing, including the aforesaid Promissory Note of May 3, 2005. A true and exact copy of said Security Agreement was attached to Plaintiff's Complaint as Exhibit 2.

8. Upon an event of default under the aforementioned Promissory Note, Dynamic Marketing is authorized to declare all obligations secured by the Security Agreement to be immediately due and payable without presentment, demand, protest or other notice of any kind.

9. Dynamic Marketing is further authorized to exercise any and all rights and remedies accorded to it by the Uniform Commercial Code.

10. From the date of execution of the aforesaid agreements to present, Health Express has failed to make numerous monthly payments to Dynamic Marketing, in accordance with the express terms of the Promissory Note.

11. Health Express has breached the terms of the Promissory Note by failing to make timely payments to Dynamic Marketing on a monthly basis. See payment spreadsheet attached hereto as Exhibit A.

12. Dynamic Marketing has demanded full payment of the monies that are in arrears. Despite its repeated requests, Health Express has failed to make full payment of all monies owed to date.

13. Currently, Health Express owes Dynamic Marketing a total of $157,306.53, which includes principal and interest payments due and owing pursuant to the terms of the Promissory Agreement and Security Agreement between the parties.

Further affiant sayeth not.

Cani Shuman
Chief Financial Officer
Dynamic Marketing I, Inc.

STATE OF FLORIDA
COUNTY OF PINELLAS

On the 8th day of June 2007, before me personally appeared Cani Shuman, who is personally known by me to be the person executing the foregoing Affidavit in her capacity as Chief Financial Officer of Dynamic Marketing I, Inc., and she acknowledged said Affidavit to be true and correct to the best of her knowledge.

LINDA LOU HAIGLEY
MY COMMISSION # DD473410
EXPIRES: Sept. 19, 2009
(407) 398-0153 Florida Notary Service.com

Linda Lou Haigley
Notary Public
My commission expires: Sept 19, 2009

**N/R - HEALTH EXPRESS FOOD, INC.**

| DATE | ITEM | PRINCIPAL PAYMENT | INTEREST PAYMENT | BALANCE | INTEREST BALANCE |
|---|---|---|---|---|---|
| 05/03/05 | **LOAN AMT** | | | 330,992.67 | |
| 06/08/05 | CK#3570 | 750.00 | | 330,242.67 | |
| 06/15/05 | CK#3397 | 3,000.00 | | 327,242.67 | |
| 06/15/05 | CK#3573 | 750.00 | | 326,492.67 | |
| 06/15/05 | RECORD INTEREST | (3,082.98) | 3,082.98 | 329,575.65 | - |
| 06/20/05 | CK#3399 | 3,000.00 | | 326,575.65 | |
| 06/22/05 | CK#3400 | 3,000.00 | | 323,575.65 | |
| 06/22/05 | CK#3576 | 750.00 | | 322,825.65 | |
| 06/24/05 | CK#3492 | 1,000.00 | | 321,825.65 | |
| 06/27/05 | CK#3393 | 2,000.00 | | 319,825.65 | |
| 06/29/05 | CK#3578 | 750.00 | | 319,075.65 | |
| 07/05/05 | Unknown CK# | 750.00 | | 318,325.65 | |
| 07/19/05 | CK#3786 | 750.00 | | 317,575.65 | |
| 07/19/05 | CK#3788 | 750.00 | | 316,825.65 | |
| 07/19/05 | CK#3849 | 3,000.00 | | 313,825.65 | |
| 07/19/05 | CK#3854 | 3,000.00 | | 310,825.65 | |
| 07/19/05 | CK#3858 | 3,000.00 | | 307,825.65 | |
| 07/19/05 | CK#3859 | 3,000.00 | | 304,825.65 | |
| 07/15/05 | RECORD INTEREST | (2,127.17) | 2,127.17 | 306,952.82 | - |
| 07/26/05 | CK#3791 | 750.00 | | 306,202.82 | |
| 07/28/05 | NSF CK#3786 | (750.00) | | 306,952.82 | |
| 07/28/05 | NSF CK#3788 | (750.00) | | 307,702.82 | |
| 08/09/05 | CK#3793 | 750.00 | | 306,952.82 | |
| 08/15/05 | RECORD INTEREST | (2,041.35) | 2,041.35 | 308,994.17 | - |
| 08/19/05 | CK#4105 | 750.00 | | 308,244.17 | |
| 08/19/05 | CK#4138 | 750.00 | | 307,494.17 | |
| 08/19/05 | CK#4153 | 3,000.00 | | 304,494.17 | |
| 08/19/05 | CK#4160 | 3,000.00 | | 301,494.17 | |
| 08/19/05 | CK#4161 | 3,000.00 | | 298,494.17 | |
| 08/19/05 | CK#4165 | 750.00 | | 297,744.17 | |
| 08/19/05 | CK#4174 | 3,000.00 | | 294,744.17 | |
| 08/19/05 | CK#4176 | 750.00 | | 293,994.17 | |
| 08/29/05 | NSF CK#4160 | (3,000.00) | | 296,994.17 | |
| 08/29/05 | NSF CK#4161 | (3,000.00) | | 299,994.17 | |
| 08/29/05 | NSF CK#4174 | (3,000.00) | | 302,994.17 | |
| 09/09/05 | CK#4160 | 3,000.00 | | 299,994.17 | |
| 09/09/05 | CK#4161 | 3,000.00 | | 296,994.17 | |
| 09/09/05 | CK#4174 | 3,000.00 | | 293,994.17 | |
| 09/09/05 | CK#3788 | 750.00 | | 293,244.17 | |
| 09/09/05 | CK#3786 | 750.00 | | 292,494.17 | |
| 09/09/05 | CK#4158 | 3,000.00 | | 289,494.17 | |
| 09/09/05 | CC#038655783 | 2,000.00 | | 287,494.17 | |
| 09/09/05 | CK#4313 | 750.00 | | 286,744.17 | |
| 09/09/05 | CK#4325 | 3,000.00 | | 283,744.17 | |
| 09/14/05 | CK#4333 | 750.00 | | 282,994.17 | |
| 09/15/05 | RECORD INTEREST | (1,954.96) | 1,954.96 | 284,949.13 | - |
| 09/16/05 | CK#4335 | 3,000.00 | | 281,949.13 | |
| 09/20/05 | NSF CK#4313 | (750.00) | | 282,699.13 | |
| 10/04/05 | CK#4336 | 750.00 | | 281,949.13 | |
| 10/04/05 | CK#4337 | 3,000.00 | | 278,949.13 | |
| 10/04/05 | CK#4338 | 750.00 | | 278,199.13 | |
| 10/04/05 | CK#4339 | 3,000.00 | | 275,199.13 | |
| 10/11/05 | CK#4491 | 3,000.00 | | 272,199.13 | |
| 10/11/05 | CK#4492 | 750.00 | | 271,449.13 | |

| | | | | | |
|---|---|---|---|---|---|
| 10/15/05 | RECORD INTEREST | (1,867.99) | 1,867.99 | 273,317.12 | - |
| 10/19/05 | CK#4504 | 3,000.00 | | 270,317.12 | |
| 10/19/05 | CK#4508 | 750.00 | | 269,567.12 | |
| 10/19/05 | CK#4511 | 3,000.00 | | 266,567.12 | |
| 10/20/05 | CK#4512 | 750.00 | | 265,817.12 | |
| 10/27/05 | NSF CK#4511 | (3,000.00) | | 268,817.12 | |
| 10/28/05 | CK#4513 | 3,000.00 | | 265,817.12 | |
| 10/28/05 | CK#4514 | 750.00 | | 265,067.12 | |
| 11/07/05 | CK#4768 | 750.00 | | 264,317.12 | |
| 11/09/07 | CK#4769 | 3,000.00 | | 261,317.12 | |
| 11/14/05 | CK#4771 | 750.00 | | 260,567.12 | |
| 11/15/05 | RECORD INTEREST | (1,780.45) | 1,780.45 | 262,347.57 | - |
| 11/16/05 | CK#4774 | 3,000.00 | | 259,347.57 | |
| 11/18/05 | CK#4775 | 750.00 | | 258,597.57 | |
| 11/21/05 | NSF CK#4771 | (750.00) | | 259,347.57 | |
| 11/23/05 | CK#4776 | 3,000.00 | | 256,347.57 | |
| 11/28/05 | CK#4777 | 750.00 | | 255,597.57 | |
| 11/30/05 | CK#4779 | 3,000.00 | | 252,597.57 | |
| 12/01/05 | NSF CK#4776 | (3,000.00) | | 255,597.57 | |
| 12/05/05 | NSF CK#4777 | (750.00) | | 256,347.57 | |
| 12/06/05 | CK#4941 | 3,000.00 | | 253,347.57 | |
| 12/08/05 | CK#4945 | 750.00 | | 252,597.57 | |
| 12/12/05 | CK#5000 | 750.00 | | 251,847.57 | |
| 12/12/05 | CK#5006 | 3,000.00 | | 248,847.57 | |
| 12/14/05 | CK#4949 | 3,000.00 | | 245,847.57 | |
| 12/14/05 | NSF CK#5006 | (3,000.00) | | 248,847.57 | |
| 12/15/05 | CK#4950 | 750.00 | | 248,097.57 | |
| 12/15/05 | RECORD INTEREST | (1,692.32) | 1,692.32 | 249,789.89 | - |
| 12/19/05 | CK#4951 | 3,000.00 | | 246,789.89 | |
| 12/20/05 | NSF CK#5000 | (750.00) | | 247,539.89 | |
| 12/22/05 | CK#4952 | 750.00 | | 246,789.89 | |
| 12/27/05 | CK#4953 | 3,000.00 | | 243,789.89 | |
| 12/29/05 | CK#4955 | 750.00 | | 243,039.89 | |
| 01/04/06 | CK#5131 | 750.00 | | 242,289.89 | |
| 01/04/06 | CK#5118 | 3,000.00 | | 239,289.89 | |
| 01/09/06 | NSF CK#5118 | (3,000.00) | | 242,289.89 | |
| 01/10/06 | CK#5119 | 750.00 | | 241,539.89 | |
| 01/10/06 | CK#5120 | 3,000.00 | | 238,539.89 | |
| 01/11/06 | CK#5121 | 750.00 | | 237,789.89 | |
| 01/15/06 | RECORD INTEREST | (1,603.60) | 1,603.60 | 239,393.49 | - |
| 01/16/06 | CK#5124 | 3,000.00 | | 236,393.49 | |
| 01/17/06 | NSF CK#5120 | (3,000.00) | | 239,393.49 | |
| 01/18/06 | CK#5127 | 750.00 | | 238,643.49 | |
| 01/23/06 | CC#560343756 | 1,000.00 | | 237,643.49 | |
| 01/23/06 | CC#560343742 | 400.00 | | 237,243.49 | |
| 01/24/06 | CK#5128 | 3,000.00 | | 234,243.49 | |
| 01/25/06 | CK#5129 | 750.00 | | 233,493.49 | |
| 01/30/06 | NSF CK#5128 | (3,000.00) | | 236,493.49 | |
| 01/30/06 | CK#5130 | 3,000.00 | | 233,493.49 | |
| 01/31/06 | CC#560343791 | 841.00 | | 232,652.49 | |
| 01/31/06 | CC#560343775 | 943.00 | | 231,709.49 | |
| 02/03/06 | CK#5281 | 750.00 | | 230,959.49 | |
| 02/03/06 | CK#5282 | 3,000.00 | | 227,959.49 | |
| 02/07/06 | NSF CK#5130 | (3,000.00) | | 230,959.49 | |
| 02/08/06 | CK#5194 | 750.00 | | 230,209.49 | |
| 02/10/06 | CK#5283 | 3,000.00 | | 227,209.49 | |
| 02/15/06 | CK#5284 | 750.00 | | 226,459.49 | |
| 02/15/06 | RECORD INTEREST | (1,514.29) | 1,514.29 | 227,973.78 | - |
| 02/20/06 | CK#5285 | 3,000.00 | | 224,973.78 | |

| | | | | | |
|---|---|---|---|---|---|
| 02/21/06 | CC#560358421 | 652.00 | | 224,321.78 | |
| 02/21/06 | NSF CK#5283 | (3,000.00) | | 227,321.78 | |
| 02/22/06 | CK#5286 | 750.00 | | 226,571.78 | |
| 02/24/06 | CK#5287 | 3,000.00 | | 223,571.78 | |
| 02/27/06 | CC#560358458 | 1,000.00 | | 222,571.78 | |
| 03/02/06 | CC#560358472 | 685.00 | | 221,886.78 | |
| 03/06/06 | CK#5600 | 1,500.00 | | 220,386.78 | |
| 03/06/06 | CC#560358512 | 902.00 | | 219,484.78 | |
| 03/09/06 | CK#5601 | 1,500.00 | | 217,984.78 | |
| 03/10/06 | CC#560358550 | 443.00 | | 217,541.78 | |
| 03/10/06 | CK#5602 | 750.00 | | 216,791.78 | |
| 03/13/06 | CK#5603 | 1,500.00 | | 215,291.78 | |
| 03/13/06 | CK#5604 | 1,500.00 | | 213,791.78 | |
| 03/15/06 | RECORD INTEREST | (1,424.39) | 1,424.39 | 215,216.17 | - |
| 03/16/06 | CC#560358574 | 1,000.00 | | 214,216.17 | |
| 03/16/06 | CK#5605 | 1,500.00 | | 212,716.17 | |
| 03/17/06 | CK#5606 | 750.00 | | 211,966.17 | |
| 03/17/06 | CK#5607 | 750.00 | | 211,216.17 | |
| 03/20/06 | CK#5608 | 1,500.00 | | 209,716.17 | |
| 03/23/06 | CK#5609 | 1,500.00 | | 208,216.17 | |
| 03/24/06 | CK#5610 | 750.00 | | 207,466.17 | |
| 03/27/06 | CK#5611 | 1,500.00 | | 205,966.17 | |
| 03/30/06 | CK#5612 | 750.00 | | 205,216.17 | |
| 03/30/06 | CK#5613 | 1,500.00 | | 203,716.17 | |
| 04/03/06 | CC#560358666 | 1,000.00 | | 202,716.17 | |
| 04/03/06 | CC#560358680 | 318.00 | | 202,398.17 | |
| 04/04/06 | CK#5758 | 750.00 | | 201,648.17 | |
| 04/05/06 | CK#5759 | 1,500.00 | | 200,148.17 | |
| 04/07/06 | CK#5760 | 1,500.00 | | 198,648.17 | |
| 04/11/06 | CK#5761 | 750.00 | | 197,898.17 | |
| 04/12/06 | CK#5762 | 1,500.00 | | 196,398.17 | |
| 04/14/06 | CK#5763 | 1,500.00 | | 194,898.17 | |
| 04/15/06 | RECORD INTEREST | (1,333.88) | 1,333.88 | 196,232.05 | - |
| 04/17/06 | CC#560358738 | 500.00 | | 195,732.05 | |
| 04/18/06 | CK#5764 | 750.00 | | 194,982.05 | |
| 04/19/06 | CK#5765 | 1,500.00 | | 193,482.05 | |
| 04/21/06 | CK#5766 | 1,500.00 | | 191,982.05 | |
| 04/25/06 | CK#5767 | 750.00 | | 191,232.05 | |
| 04/26/06 | CK#5768 | 1,500.00 | | 189,732.05 | |
| 04/28/06 | CK#5769 | 1,500.00 | | 188,232.05 | |
| 05/04/06 | NSF CK#5768 | (1,500.00) | | 189,732.05 | |
| 05/04/06 | NSF CK#5769 | (1,500.00) | | 191,232.05 | |
| 05/04/06 | CK#5938 | 750.00 | | 190,482.05 | |
| 05/04/06 | CK#5939 | 3,000.00 | | 187,482.05 | |
| 05/04/06 | CK#5940 | 3,000.00 | | 184,482.05 | |
| 05/08/06 | CC#560358868 | 700.00 | | 183,782.05 | |
| 05/08/06 | CK#5941 | 750.00 | | 183,032.05 | |
| 05/09/06 | CK#5942 | 1,500.00 | | 181,532.05 | |
| 05/11/06 | CK#5943 | 1,500.00 | | 180,032.05 | |
| 05/12/06 | CK#5947 | 750.00 | | 179,282.05 | |
| 05/15/06 | NSF CK#5941 | (750.00) | | 180,032.05 | |
| 05/15/06 | NSF CK#5942 | (1,500.00) | | 181,532.05 | |
| 05/15/06 | RECORD INTEREST | (1,242.77) | 1,242.77 | 182,774.82 | - |
| 05/16/06 | CK#5948 | 1,500.00 | | 181,274.82 | |
| 05/18/06 | CK#5949 | 1,500.00 | | 179,774.82 | |
| 05/19/06 | CC#560358949 | 468.00 | | 179,306.82 | |
| 05/19/06 | CC#560358938 | 1,098.00 | | 178,208.82 | |
| 05/19/06 | CC#560358946 | 52.00 | | 178,156.82 | |
| 05/22/06 | CK#5950 | 750.00 | | 177,406.82 | |

| | | | | | |
|---|---|---|---|---|---|
| 05/23/06 | CK#5951 | 1,500.00 | | 175,906.82 | |
| 05/25/06 | CK#5952 | 1,500.00 | | 174,406.82 | |
| 05/24/06 | NSF CK#5949 | (1,500.00) | | 175,906.82 | |
| 05/26/06 | CC#560358998 | 1,000.00 | | 174,906.82 | |
| 05/30/06 | CC#203414771 | 416.00 | | 174,490.82 | |
| 05/30/06 | CC#344445869 | 437.00 | | 174,053.82 | |
| 06/07/06 | CK#6062 | 750.00 | | 173,303.82 | |
| 06/07/06 | CK#6063 | 750.00 | | 172,553.82 | |
| 06/07/06 | CK#6064 | 750.00 | | 171,803.82 | |
| 06/07/06 | CK#6065 | 750.00 | | 171,053.82 | |
| 06/08/06 | CK#6066 | 750.00 | | 170,303.82 | |
| 06/09/06 | CK#6067 | 750.00 | | 169,553.82 | |
| 06/15/06 | NSF CK#6062 | (750.00) | | 170,303.82 | |
| 06/15/06 | NSF CK#6063 | (750.00) | | 171,053.82 | |
| 06/15/06 | NSF CK#6064 | (750.00) | | 171,803.82 | |
| 06/15/06 | NSF CK#6065 | (750.00) | | 172,553.82 | |
| 06/15/06 | NSF CK#6066 | (750.00) | | 173,303.82 | |
| 06/15/06 | RECORD INTEREST | (1,151.06) | 1,151.06 | 174,454.88 | - |
| 06/27/06 | CC#203416871 | 500.00 | | 173,954.88 | |
| 06/30/06 | Unknown CK# | 384.00 | | 173,570.88 | |
| 07/03/06 | CC#203416896 | 500.00 | | 173,070.88 | |
| 07/06/06 | CC#203416895 | 500.00 | | 172,570.88 | |
| 07/10/06 | CC#203416929 | 500.00 | | 172,070.88 | |
| 07/15/06 | RECORD INTEREST | - | | 172,070.88 | 1,058.73 |
| 07/17/06 | CC#2034169565 | 500.00 | | 171,570.88 | 1,058.73 |
| 07/17/06 | CC#203416948 | 500.00 | | 171,070.88 | 1,058.73 |
| 07/24/06 | CC#203416997 | 500.00 | | 170,570.88 | 1,058.73 |
| 07/24/06 | CC#203417005 | 500.00 | | 170,070.88 | 1,058.73 |
| 07/27/06 | CC#203417008 | 1,500.00 | | 168,570.88 | 1,058.73 |
| 07/31/06 | CC#203417021 | 974.00 | | 167,596.88 | 1,058.73 |
| 07/31/06 | CC#203417025 | 900.00 | | 166,696.88 | 1,058.73 |
| 07/31/06 | CC#203417030 | 1,000.00 | | 165,696.88 | 1,058.73 |
| 08/04/06 | CC#203417042 | 821.00 | | 164,875.88 | 1,058.73 |
| 08/14/06 | CC#203417097 | 1,000.00 | | 163,875.88 | 1,058.73 |
| 08/15/06 | RECORD INTEREST | - | | 163,875.88 | 2,024.52 |
| 08/21/06 | CC#203417109 | 1,000.00 | | 162,875.88 | 2,024.52 |
| 08/28/06 | CC#203417146 | 1,000.00 | | 161,875.88 | 2,024.52 |
| 09/01/06 | CC#203417170 | 1,000.00 | | 160,875.88 | 2,024.52 |
| 09/15/06 | RECORD INTEREST | - | | 160,875.88 | 2,896.75 |
| 09/18/06 | CC#203428967 | 1,000.00 | | 159,875.88 | 2,896.75 |
| 10/02/06 | CC#203429029 | 1,000.00 | | 158,875.88 | 2,896.75 |
| 10/15/06 | RECORD INTEREST | (934.00) | 934.00 | 159,809.88 | 2,740.79 |
| 10/16/06 | CC#203429119 | 1,000.00 | | 158,809.88 | 2,740.79 |
| 11/11/06 | CC#203429264 | 1,000.00 | | 157,809.88 | 2,740.79 |
| 11/15/06 | RECORD INTEREST | (124.73) | 124.73 | 157,934.61 | 3,299.29 |
| 12/01/06 | CC#203429318 | 1,000.00 | | 156,934.61 | 3,299.29 |
| 12/15/06 | RECORD INTEREST | - | | 156,934.61 | 3,887.08 |
| 12/18/06 | CC#2034294322 | 1,000.00 | | 155,934.61 | 3,887.08 |
| 01/08/07 | CC#2503429513 | 1,000.00 | | 154,934.61 | 3,887.08 |
| 01/15/07 | RECORD INTEREST | - | | 154,934.61 | 4,378.78 |
| 01/25/07 | CC#203429589 | 1,000.00 | | 153,934.61 | 4,378.78 |
| 02/15/07 | RECORD INTEREST | - | | 153,934.61 | 4,773.76 |
| 03/15/07 | RECORD INTEREST | - | | 153,934.61 | 5,071.38 |
| 03/29/07 | CC#267862005 | 1,000.00 | | 152,934.61 | 5,071.38 |
| 04/15/07 | RECORD INTEREST | - | | 152,934.61 | 5,270.98 |
| 04/16/07 | CC#267862135 | 1,000.00 | | 151,934.61 | 5,270.98 |
| 05/15/07 | RECORD INTEREST | - | | 151,934.61 | 5,371.92 |
| **TOTALS** | | **179,058.06** | **23,875.94** | **151,934.61** | **5,371.92** |