UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **DYNAMIC MARKETING I, INC.**<br>***Plaintiff*** | : | |
| | : | |
| **Vs.** | : | **C.A. No. 07-152S** |
| | : | |
| **HEALTH EXPRESS FOOD, INC.**<br>***Defendant*** | : | |

## AFFIDAVIT CERTIFYING TO SERVICE PURSUANT TO RULE 4

I, Raymond A. Marcaccio, under oath depose and state as follows:

1. I am counsel of record to Plaintiff in the above-captioned matter and filed an Application to the Clerk for Entry of Default in the United States District Court for the District of Rhode Island on May 30, 2007.

2. On May 30, 2007 I caused a copy of the application for entry of default, along with the Affidavit of Raymond A. Marcaccio and Affidavit of Non-Military Service to be mailed, via certified mail, return receipt requested to Jack Galardi, registered agent for Health Express Food, Inc., 713 E. Ogden, Suite B, Las Vegas, NV 89101.

3. Said application and affidavit was acknowledged to have been delivered to Jack Galardi on June 1, 2007, as evidenced by the green card attached and made a part hereof.

4. Said service was effectuated in accordance with Rule 4 of the Federal Rules of Civil Procedure.

Raymond A. Marcaccio, Esquire (#3569)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax
ram@om-rilaw.com

Subscribed and sworn to before me this 8th day of June, 2007.

Notary Public
My commission expires: 9/27/08

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Health Express Food
c/o Jack Galardi
113 East Ogden, Suite B.
Las Vegas, NV 89101

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from se*
7006 0100 0001 2927 8351

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES POSTAL SERVICE

01 JUN 2007 PM 2 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

*Oliverio & Marcaccio, LLP*
*55 Dorrance Street, Suite 400*
*Providence, RI 02903*