**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DYNAMIC MARKETING I, INC.** *Plaintiff* | : | |
| **Vs.** | : | **C.A. No. 07-152S** |
| **HEALTH EXPRESS FOOD, INC.** *Defendant* | : | |

**AFFIDAVIT CERTIFYING TO SERVICE PURSUANT TO RULE 4**

I, Raymond A. Marcaccio, under oath depose and state as follows:

1. I am counsel of record to Plaintiff in the above-captioned matter and filed a Motion for Entry of Default Judgment in the United States District Court for the District of Rhode Island on June 8, 2007.

2. On June 8, 2007 I caused a copy of the Motion for Entry of Default Judgment, along with the Affidavit of Cani Shuman to be mailed, via certified mail, return receipt requested to Jack Galardi, registered agent for Health Express Food, Inc., 713 E. Ogden, Suite B, Las Vegas, NV 89101.

3. Said application and affidavit was acknowledged to have been delivered to Jack Galardi, as evidenced by the green card attached and made a part hereof. I further attest that said green card was received by this office via first class mail on June 14, 2007.

4. Said service was effectuated in accordance with Rule 4 of the Federal Rules of Civil Procedure.

Raymond A. Marcaccio, Esquire (#3569)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax
ram@om-rilaw.com

Subscribed and sworn to before me this 14th day of June, 2007.

Notary Public
My commission expires: 9/27/08

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jack Galardi
Health Express Food
713 E. Ogden, Suite B
Las Vegas, NV
89101

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Anita Ly
☐ Agent
☐ Addressee

B. Received by (*Printed Name*) EMERGENCY

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from s*
7006 2760 0003 1967 5236

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540