**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DYNAMIC MARKETING I, INC.** *Plaintiff* | : | |
| **Vs.** | : | **C.A. No. 07-152S** |
| **HEALTH EXPRESS FOOD, INC.** *Defendant* | : | |

**DEFAULT JUDGMENT**

Judgment hereby enters on behalf of Plaintiff, Dynamic Marketing I, Inc., against Defendant, Health Express Food, Inc., in the amount of $157,306.53. The clerk is hereby instructed to enter judgment accordingly.

ENTER:

J. Smith
6/28/07

PER ORDER:

Clerk of the Court

Submitted by:

Raymond A. Marcaccio, Esquire (#3569)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax
ram@om-rilaw.com

Dated: June 28, 2007