**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DYNAMIC MARKETING I, INC.** | : | |
| ***Plaintiff*** | : | |
| | : | |
| **Vs.** | : | **C.A. No. 07-152S** |
| | : | |
| **HEALTH EXPRESS FOOD, INC.** | : | |
| ***Defendant*** | : | |

**MOTION TO MODIFY JUDGMENT**

Plaintiff, Dynamic Marketing I, Inc. ("Dynamic Marketing") hereby requests a modification of the Default Judgment entered against the Defendant, Health Express Food, Inc. ("Health Express"), for the purpose of specifying in the Judgment that relief which was requested by the Plaintiff in the Complaint, including but not limited to, an order directing Defendant to assemble its properties and make said properties available to the Plaintiff for the sale or disposition of said property in order to satisfy Plaintiff's judgment against Defendant. Plaintiff requests this Court to order the issuance of a Writ of Replevin in order for Plaintiff to acquire the collateral of the Defendant, as further described in the Security Agreement between the parties attached as Exhibit 2 to Plaintiff's Complaint, in satisfaction of the judgment. Furthermore, Plaintiff requests this Court award statutory interest on the judgment in an amount to be determined by the clerk and an award of reasonable legal fees to be determined at a subsequent hearing.

Plaintiff,
DYNAMIC MARKETING I, INC.
By its Attorney,

/s/ Raymond A. Marcaccio

Raymond A. Marcaccio, Esquire (#3569)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax
ram@om-rilaw.com

Dated: July 23, 2007

**CERTIFICATION**

I hereby certify that a true copy of the foregoing *Motion to Modify Default Judgment* was mailed by both regular mail, postage prepaid and by certified mail, return receipt requested to the Defendant at the following address on this 24th day of July 2007, which address is, to the best of my knowledge, the last known address of the Defendant.

Health Express Food, Inc.
Jack Galardi, Agent for Service
713 East Ogden, Suite B
Las Vegas, NV 89101

/s/ Raymond A. Marcaccio

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DYNAMIC MARKETING I, INC.** | : | |
| ***Plaintiff*** | : | |
| | : | |
| **Vs.** | : | **C.A. No. 07-152S** |
| | : | |
| **HEALTH EXPRESS FOOD, INC.** | : | |
| ***Defendant*** | : | |

**MODIFIED DEFAULT JUDGMENT**

The Judgment entered on behalf of Plaintiff, Dynamic Marketing I, Inc., against Defendant, Health Express Food, Inc., in the amount of $157,306.53 is hereby modified to allow for the award of prejudgment interest in an amount of $____________ and at a rate of __% thereafter. Further, this Court grants Plaintiff the right to collect the collateral of the Defendants described in the Security Agreement between the parties with the issuance of a Writ of Replevin. The clerk is hereby instructed to enter judgment accordingly.

ENTER: PER ORDER:

_________________________________ _________________________________

J. Smith Clerk of the Court

Submitted by:

Raymond A. Marcaccio, Esquire (#3569)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax
ram@om-rilaw.com

**CERTIFICATION**

I hereby certify that a true copy of the foregoing *Modified Default Judgment* was mailed by both regular mail, postage prepaid and by certified mail, return receipt requested to the Defendant at the following address on this 24th day of July 2007, which address is, to the best of my knowledge, the last known address of the Defendant.

Health Express Food, Inc.
Jack Galardi, Agent for Service
713 East Ogden, Suite B
Las Vegas, NV 89101

/s/ Raymond A. Marcaccio