**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DYNAMIC MARKETING I, INC.** | : | |
| ***Plaintiff*** | : | |
| | : | |
| **Vs.** | : | **C.A. No. 07-152S** |
| | : | |
| **HEALTH EXPRESS FOOD, INC.** | : | |
| ***Defendant*** | : | |

**MODIFIED DEFAULT JUDGMENT**

The Judgment entered on behalf of Plaintiff, Dynamic Marketing I, Inc., against Defendant, Health Express Food, Inc., in the amount of $157,306.53 is hereby modified to allow for the award of prejudgment interest in an amount of $ 23,221.27 and at a rate of 12% thereafter. Further, this Court grants Plaintiff the right to collect the collateral of the Defendants described in the Security Agreement between the parties with the issuance of a Writ of Replevin. The clerk is hereby instructed to enter judgment accordingly.

ENTER:

WESmm

J. Smith 7/26/07

PER ORDER:

Yvonne Baldinelli

Clerk of the Court

Submitted by:

Raymond A. Marcaccio, Esquire (#3569)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax
ram@om-rilaw.com